# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

MARY YINGER,

|  |  |  |
|---|---|---|
| Plaintiff, | : | Case No. 3:09-cv-235 |
| - vs - | : | District Judge Thomas M. Rose |
|  |  | Magistrate Judge Michael R. Merz |
| COMMISSIONER OF SOCIAL SECURITY, | : |  |
|  | : |  |
| Defendant. |  |  |

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #17), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Commissioner's decision that Plaintiff is not disabled is REVERSED. This matter is remanded to the Commissioner for additional administrative proceeding.

June 15, 2010.                    *s/THOMAS M. ROSE*

---
                                 Thomas M. Rose
                                 United States District Judge